# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
El Dorado Division

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Feb 21, 2020
OFFICE OF THE CLERK

In the Matter of the Search of              )
Priority Express Mail Parcel                )   Case No.  1:20cm1
USPS Tracking # 9505512694260008057725      )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe property to be searched and give its location)*: **Priority Express Mail Parcel, USPS Tracking # 9505512694260008057725, more particularly described in Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: **See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

X  evidence of a crime;

X  contraband, fruits of crime, or other items illegally possessed;

☐  property designed for use, intended for use, or used in committing a crime;

☐  a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Conspiracy to possess with intent to distribute a controlled substance |
| 21 U.S.C. § 846 | |

The application is based on these facts:  **See Affidavit of U.S. Postal Inspector David L. Barrett**
X Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David L. Barrett, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 20, 2020

*Judge's signature*

City and state: Texarkana, Arkansas

Barry A. Bryant, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, David L. Barrett, being duly sworn, depose and state as follows:

1.   Affiant is a Federal Agent employed with the United States Postal Inspection Service (U.S. Postal Inspector), currently assigned to the Eastern and Western Districts of Arkansas, with over twenty-three years of law enforcement experience, duly appointed according to law and acting as such.

**Search Warrant**

2.   Your Affiant also makes this Affidavit in support of Search Warrant to allow for the search for the Priority Mail parcel (hereinafter "suspect parcel") described herein, as there is probable cause to believe that evidence related to a violation of **Title 21, United States Code, Sections 841 and 846 (Possession with the Intent to Distribute a Controlled Substance, Conspiracy to Distribute a Controlled Substance).**

### SUSPECT PARCEL

| | |
|---|---|
| ADDRESSEE: | "Jay Scott"<br>"1401 MLK Blvd El"<br>"Dorado Arkansas 71730" |
| SENDER: | "James Haze"<br>""2276 Donald St<br>"San Bernardino, CA 92304" |
| DATE MAILED: | January 8, 2020 |
| CLASS OF MAIL: | Priority Mail |
| USPS TRACKING #: | 9505512694260008057725 |
| POSTAGE: | $19.95 |
| WEIGHT: | 4.8 lbs |

Affidavit – Page 1

3. Part of Affiant's responsibilities on the Little Rock team is the investigation of controlled substances transported through the U.S. Postal Service which constitutes a violation of Title 21, United States Code, Section 841(a)(1) and 846, The Drug Abuse Prevention and Control Act and Conspiracy. Affiant has extensive experience investigating violations of illegal narcotics, and has received training relative to criminal investigations and narcotics trafficking from the U. S. Postal Inspection Service. This Affidavit is based upon Affiant's personal investigation and upon information received from other law enforcement officers and agents who are identified herein; and is made in support of an application for a search warrant for the following suspect parcel.

4. Affiant has probable cause to believe illegal narcotics will be found inside the suspect parcel described herein. Affiant is aware through training and experience, as well as information from other postal inspectors with extensive experience in drug trafficking investigations, that the U. S. Mail is a common and preferred method of drug traffickers shipping their product. The Priority Mail Express and Priority Mail services are frequently used by drug dealers for shipping illegal drugs, and for shipping the proceeds and money from illegal drug sales and purchases. Use of the U. S. Mail is favored because of the speed, reliability, and low cost of this service, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner. Affiant has probable cause to believe evidence related to the identity of individuals involved in the sending and receiving of illegal narcotics will be found inside the suspect parcel described herein.

5. Affiant is aware that drug traffickers often use handwritten address labels, and fictitious names on return addresses and for the addressees, in order to avoid detection in the event the parcel is intercepted by law

enforcement officers. Affiant is further aware that drug traffickers will often use fictitious return addresses to hinder investigative efforts, and to hide their true identities.

**Affiant's Experience**

6. Affiant has been a United States Postal Inspector for over sixteen years. During that time, Affiant has worked on numerous federal criminal investigations. Affiant has worked with other agents, police officers, and law enforcement personnel who have extensive criminal investigative experience and training.

7. Affiant was a police officer in the states of Arkansas and Oklahoma for over seven years. During that time, Affiant worked numerous violations of state and local laws and conducted investigations accordingly. Affiant has conducted investigations which involve drugs, stolen property and identity theft.

8. Through training and participation in criminal investigations, Affiant has become familiar with and has participated in the following methods of investigations, including, but not limited to, electronic surveillance, visual surveillance, questioning of witnesses, and the use of search warrants and undercover agents. In the course of such investigations, Affiant has made numerous arrests.

9. The grounds for issuance of the search warrant are derived from the Affiant's review of the physical evidence, discussions with the participating agencies, and interviews of persons who have personal knowledge of the events described herein.

### The Investigation

10. On or about January 13, 2020, Your Affiant responded to the El Dorado, Arkansas Main Post Office on another investigation. While there, Postmaster Dorothy Baxley (Baxley) stated she had a suspicious package at the post office. The following are facts of the investigation:

    a. On or about January 13, 2020, Baxley stated an individual had called the post office several times asking about the suspect parcel and gave a name other than the one on the package. The name the man gave was John Tanner. The subject also provided a phone number, which is (870) 814-7806.

    b. On or about January 13, 2020, Baxley stated the subject address, 140 MLK Blvd., El Dorado, Arkansas, is a vacant house. Baxley stated according to United States Postal Service (USPS) policy, they cannot deliver to a known vacant house.

    c. On or about January 13, 2020, Your Affiant called the number provided and spoke to the individual. Your Affiant gave a ruse to the individual and stated he worked for the Postal Service and the parcel set off one of, "Our machines," indicating there might be something hazardous inside the parcel. Your Affiant asked for permission to open the parcel. The subject stated he was afraid Your Affiant would try to steal the contents and asked if he could be present when the parcel is opened. Your affiant told the subject he could be present when the parcel is opened. Your Affiant waited for approximately three hours for the subject to come to the El Dorado Main Post Office, but he never arrived.

    d. On or about January 13, 2020, Your Affiant attempted to call the phone number provided several times, but no one answered the phone.

Affidavit – Page 4

e. On or about January 24, 2020, Little Rock, Arkansas Police Officer Eric Knowles and his canine (K9) partner Urko were utilized in the investigation of the suspect parcel. Urko is certified, by the State of Arkansas, to detect the odor of marijuana, methamphetamine, cocaine and heroin.

f. The suspect parcel was placed under a wooden box in a hallway at the office of the USPIS in Little Rock, Arkansas. There were also four other wooden boxes placed in a line, east to west by Your Affiant. The suspect parcel was placed under box 2 (east to west). Officer Knowles had no knowledge of the location of the suspect parcel prior to conducting his investigation, except it was under one of the wooden boxes.

g. Urko investigated the wooden boxes, "Off-leash." This term means Urko is taken off of his leash and pointed in a general direction to investigate. The canine handler does not accompany Urko during the investigation. In this case, Officer Knowles stayed by a door until Urko was done with his investigation.

h. Urko alerted (passively) to the presence of an odor of a controlled substance on the wooden box containing the suspect parcel. Urko sat down beside the wooden box containing the suspect parcel. This change in behavior was the indication to Officer Knowles that Urko alerted to the odor of controlled substances in the suspect parcel.

**Probable Cause Exists to Search**

11. Based upon the foregoing facts and circumstances, Affiant believes that controlled substances and/or money and proceeds from the illegal sales and purchases of controlled substances are contained in the SUSPECT PARCEL. Affiant has probable cause to believe evidence pertaining to the identity of the

Affidavit – Page 5

shipper and the intended recipient of the package are contained within the suspect parcel. Your Affiant requests to search the SUSPECT PARCEL for any such controlled substances, proceeds, packaging material associated with controlled substances, correspondence associated with the use and distribution of controlled substances in violation of 21, United States Code, Sections 841 and 846 (Possession with the Intent to Distribute a Controlled Substance, Conspiracy to Distribute a Controlled Substance); and evidence of the identity of the shipper and the intended recipient of the package.

David L. Barrett
United States Postal Inspector

Subscribed and sworn to before me on this 20th day of February 2020.

Barry A. Bryant
U.S. Magistrate Judge

Affidavit – Page 6