AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
El Dorado Division

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| Priority Express Mail Parcel | ) | Case No. 1:20cm1 |
| USPS Tracking # 9505512694260008057725 | ) | |

US DISTRICT COURT
WESTERN DIST ARKANSAS
**FILED**
02/24/2020

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe property to be searched and give its location):* **Priority Express Mail Parcel, USPS Tracking # 9505512694260008057725, more particularly described in Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* **See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

 X evidence of a crime;

 X contraband, fruits of crime, or other items illegally possessed;

 ☐ property designed for use, intended for use, or used in committing a crime;

 ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Conspiracy to possess with intent to distribute a controlled substance |
| 21 U.S.C. § 846 | |

The application is based on these facts: **See Affidavit of U.S. Postal Inspector David L. Barrett**
X Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David L. Barrett, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 20, 2020

*Judge's signature*

City and state: Texarkana, Arkansas

Barry A. Bryant, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 1:20 cm 1 | Date and time warrant executed: 2/21/2020 @ 1400 hrs | Copy of warrant and inventory left with: mailed to rec. address |
|---|---|---|

Inventory made in the presence of: Cody Hibbs

Inventory of the property taken and name of any person(s) seized:

Approximately 4.8 lbs., of a green leafy vegetable substance (suspected marijuana).

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/21/2020

*Executing officer's signature*

David L. Barrett, USPI
*Printed name and title*

BAB
2-24-20